1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6

7

8

9

JOHN MICHAEL FUCHS,

Plaintiff,

v.

MICHAEL J. ASTRUE,

Defendant.

CASE NO. C12-5034 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

10

11    This matter comes before the Court on the Report and Recommendation ("R&R")

12    of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 18. The

13    Court having considered the R&R and the remaining record, and no objections having

14    been filed, does hereby find and order as follows:

15        (1)    The R&R is **ADOPTED**;

16        (2)    Defendant's decision is **REVERSED**; and

17        (3)    This action is **REMANDED** for further administrative proceedings in
                 accordance with the findings contained in the R&R.

18

19    Dated this 10th day October, 2012.

20

21

22

BENJAMIN H. SETTLE
United States District Judge

ORDER